FILED

03/18/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0426

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 19-0425

_____

IN THE MATTER OF:

C.S.,                                                    O R D E R

    A Youth in Need of Care.

_____

Upon consideration of Appellant's motion for extension of time,

IT IS ORDERED that Appellant is granted an extension of time until March 24, 2020, to file the reply brief.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 18 2020